UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BOBBY L. WILLISON<br>1390 Madley Hollow Road<br>Buffalo Mills, PA 15534 | * <br> * <br> * | |
| Plaintiff | * | |
| | * | CASE NO.: |
| v. | * | |
| PRABHAKAR PANDEY, M.D.<br>900 Seton Drive<br>Cumberland, MD 21502 | * <br> * | |
| and | * | |
| WESTERN MARYLAND<br>HEALTH SYSTEM<br>SACRED HEART HOSPITAL<br>900 Seton Drive<br>Cumberland, MD 21502 | * <br> * <br> * | |
| Serve on:<br>Robert S. Paye, Esq.<br>Geppert, McMullen, Paye & Getty<br>21 Prospect Square<br>Cumberland, MD 21502 | * <br> * <br> * | |
| Defendants | * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT**

Bobby L. Willison (hereinafter "Willison"), Plaintiff, by his attorneys Paul J. Weber, and Hyatt & Weber, P.A., sues Prabhakar Pandy, M.D. and Western Maryland Health System/Sacred Heart Hospital, Defendants, and states:

## JURISDICTION AND VENUE

1. Jurisdiction of this Court arises pursuant to diversity, 28 U.S.C. 1332(a) as the matter is a civil case between Plaintiff and Defendants who reside in diverse states and the amounting in controversy exceeds $75,000.00.

2. Venue is appropriate in this Court.

3. The Plaintiff has complied with §3-2A-06-B of the Courts and Judicial Proceedings Article, Maryland Annotated Code, in bringing this matter before the Health Claims Dispute Resolution Office, on April 6, 2009. On, June 9, 2009, Plaintiff filed Certificates and Reports of Meritorious Claims, along with a Waiver of Arbitration indicating that the case was being removed to the United States District Court of Maryland. A copy of the Waiver of Arbitration is being filed with the Complaint.

4. The Order of Transfer of the matter to this Court is dated June 19, 2009.

## PARTIES

5. Plaintiff, Bobby Willison is an adult who resides in the State of Pennsylvania.

6. Defendant Prabhakar Pandy, M.D. is a physician licensed to practice medicine in the State of Maryland and at all times relevant hereto was on staff at Sacred Heart Hospital in Allegheny County, Maryland.

7. Defendant Sacred Heart Hospital is located at 900 Seton Drive, Cumberland, Maryland 21502.

**FACTUAL BACKGROUND**

8. On April 19, 2006, Willison underwent elective surgery for the removal of 2.1cm mass on his right kidney.

9. In spite of diagnostic testing which revealed bilateral renal masses as early as March of 2006, Dr. Pandy performed a right radical nephrectomy, removing Willison's entire right kidney.

10. There was no medical reason to remove the entire right kidney.

11. A partial nephrectomy of the right kidney was mandated by the standard of care, especially in light of the existence of a mass in the left kidney.

12. Between September 2006 and October 2007, the lesion in Plaintiff's left kidney nearly tripled in size from 1.3 cm to 3.8 cm.

13. The Defendants did not surgically remove the lesion in Plaintiff's left kidney.

14. On 9/21/07, Willison was told of the left kidney mass and that it existed before the removal of his right kidney.

15. On 10/24/07, Willison underwent a left open partial nephrectomy at the Cleveland Clinic.  Significantly more of the left kidney had to be removed due to the growth of the lesion's since April 2007.

16. Now, rather than having two partial kidneys, he is left with ½ of one kidney.

17. Plaintiff's remaining kidney is gradually failing and he will undoubtedly develop chronic renal insufficiency requiring him to undergo dialysis and/or transplants.

## COUNT I – NEGLIGENCE

1. The Defendant its agents, employees, and representatives, including but not limited to its staff of nurses and specifically, Dr. Prabhakar Pandy, negligently departed from the standard of care by:

    (a) failed to adequately identify the location of the lesion in the right kidney;

    (b) failed to refer the patient to a specialist for consideration of a potential nephrectomy of the right kidney if the location of the lesion in the right kidney caused him to believe that he could not capably perform the partial nephrectomy;

    (c) failed to recognize or ignored the fact that diagnostic testing revealed bilateral kidney lesions;

    (d) removed the entire right kidney in spite of the fact that the lesion on that kidney was only 2.1 cm in size;

    (e) removed the entire right kidney despite the fact that there was a lesion on the left kidney as well;

    (f) failed to perform a partial nephrectomy on the right kidney;

    (g) failed to perform a partial nephrectomy on the left kidney in April 2006 or anytime thereafter up to the time Mr. Willison was transferred in September, 2007;

    (h) allowed the lesion in the left kidney to grow from a size of 1.3 cm in April 2006 to 3.6 cm by 3.8 cm in October 2007.

    (i) failed to properly monitor the lesion in the left kidney at the post operative visits from May 4, 2006 to September 14, 2007 and;

    (j) the Health Care Providers were otherwise negligent.

2. Plaintiff, Bobby L. Willison was in no way contributorily negligent and relied upon the expertise of Dr. Prabhakar Pandy.

3. As a result of Dr. Prabhakar's negligent actions, Plaintiff Bobby L. Willison has suffered and will continue to suffer severe, painful and permanent bodily injuries, mental anguish, surgical, medical and other related expenses, and loss of income.

WHEREFORE, Plaintiff, Bobby L. Willison demands judgment be entered against Defendants Prabhakar Pandy, M.D. and Western Maryland Health System/Sacred Heart Hospital in the amount of One Million Dollars ($1,000,000.00), with interest, costs, and any and all other relief to which this Court finds him entitled.

Respectfully Submitted,

/s/
Paul J. Weber #05370
Hyatt & Weber, P.A.
200 Westgate Circle
Suite 500
Annapolis, MD 21401
410-266-0626

## JURY DEMAND

Plaintiff, through counsel, hereby requests a trial by jury on all claims set forth herein.

/s/
Paul J. Weber #05370
Hyatt & Weber, P.A.
200 Westgate Circle
Suite 500
Annapolis, MD 21401
410-266-0626