IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 OCT 24  A 9 55

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

Bobby L. Willison  *

     **Plaintiff**

    *

v.      Case No. EHL-09-1687

    *

Prabhakar Pandey, et. al.

     **Defendant**  ******

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendants against the Plaintiff, it is this ___21st___ day of ___October, 2011___,

**ORDERED,**

1.    Judgment is entered in favor of Defendants against Plaintiff, and

2.    Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

*Ellen L. Hollander*
Ellen L. Hollander
United States District Judge

Order of Judgment (in favor of Defendant) (Rev. 12/2000)